No. A–1083 (72–1441). Phillips *v.* United States. C. A. 7th Cir. Application for bail presented to Mr. Justice Douglas, and by him referred to the Court, denied.

No. A–1111. Friends of the Earth et al. *v.* Armstrong, Commissioner, Bureau of Reclamation, Department of the Interior, et al. Application to vacate stay order of the United States Court of Appeals for the Tenth Circuit, dated May 1, 1973, presented to Mr. Justice White, and by him referred to the Court, denied.

No. 71–1332. San Antonio Independent School District et al. *v.* Rodriguez et al., 411 U. S. 1. Motions of respondents for leave to proceed *in forma pauperis nunc pro tunc* and to retax costs denied.

No. 72–6191. Carter *v.* Heard, Judge;

No. 72–6406. Dean *v.* United States Court of Appeals for the First Circuit; and

No. 72–6426. Wilson *v.* Swygert, Chief Judge, U. S. Court of Appeals, et al. Motions for leave to file petitions for writs of mandamus denied.

No. 72–1297. Johnson, Administrator of Veterans' Affairs, et al. *v.* Robison. Appeal from D. C. Mass. Further consideration of question of jurisdiction postponed to hearing of case on the merits. Case set for oral argument with No. 72–700 [*Hernandez* v. *Veterans Administration*], *infra.*

No. 72–1328. United States *v.* Kahn et ux. C. A. 7th Cir. Certiorari granted.